<u>ARNELL Grant PRO SE</u>
Plaintiff

Civil Action

<u>SECURITAS SeRvices USA, inc</u>

FILED
IN CLERKS OFFICE

2011 JUN 24 P 12: 34

U.S. DISTRICT COURT
DISTRICT

① the plaintiff arnell Grant 161 west mountain St A45 Worcester MA 01606

② the defendant Securitas Services USA, inc 4330 Park terrace Drive Westlake Villag, Ca 91361

③ the defendant Securitas Services USA, inc is a citizen of the United States

④ this court has jurisdiction over this matter pursuant 28 USC 1332

⑤ on 5/7/04 I put in for a job and on 5/22/08 I had my CORi back so I got the job

arnell Grant

NAMe ARNELL GRANT
addRess 161 west mountain St A45 worcester MA 01606
telephone 774 386 4251