ARNELL GRANT      PRO SÉ
_____

   Plaintiff

Securitas Services USA inc

FILED
IN CLERK'S OFFICE
Civil action
2011 JUN 24  P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

① I would like a attorney PRO SÉ


Arnell Grant
161 West Mountain St A45
   Worcester MA
         01606