UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ARNELL GRANT,                       )
                                    )
             Plaintiff,             )
                                    )
v.                                  )   CIVIL ACTION No. 11-cv-40118-TSH
                                    )
SECURITAS SERVICES USA, INC.,       )
                                    )
             Defendant.             )
_____)

ORDER
December 14, 2012

**HILLMAN, J.**

Upon consideration, the Court finds that Plaintiff Arnell Grant has satisfied the requirements for effectuating service of process under Fed. R. Civ. P. 4(c)(3), (h)(1)(b). Therefore, the Court **DENIES** Defendant Securitas Services USA, Inc.'s Motion to Dismiss and Renewed Motion to Dismiss under Fed. R. Civ. P. 12(b)(5) (Docket Nos. 14, 22). Furthermore, in the interest of justice, the Court **GRANTS** Plaintiff leave to file an Amended Complaint under Fed. R. Civ. P. 15(a)(2). Defendant's Motion to Dismiss and Renewed Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) is hereby **STAYED**. Plaintiff has three weeks from the date of this order to comply with the pleading requirements set forth in Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

/s/ *Timothy S. Hillman*
**TIMOTHY S. HILLMAN**
**UNITED STATES DISTRICT JUDGE**